No. 74–1420. James v. United States. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Commis-*

*sioner of Internal Revenue* v. *Shapiro, ante,* p. 614.   MR. JUSTICE STEVENS took no part in the consideration or decision of this case.